849 A.2d 181

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SCOT SCHNABEL, DEFENDANT–MOVANT.

April 26, 2004.

ORDERED that the motion for leave to appeal is granted, and the Trial Court's order of April 13, 2004 is summarily reversed,

and the matter is remanded to the Trial Court without prejudice to defendant's right to raise the issue in an appeal from any subsequent conviction.